SHERIDAN CAR WASH, INC., Doing Business as DR. HUGGS CAR WASH, Respondent, v MOUNTAIN VALLEY INDEMNITY COMPANY, Appellant. SHERIDAN CAR WASH, INC., Doing Business as DR. HUGGS CAR WASH, Plaintiff, v BROWN & BROWN OF NEW YORK, INC., Defendant. [885 NYS2d 697]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered April 25, 2008. The order, among other things, granted plaintiff's motion for partial summary judgment against defendant Mountain Valley Indemnity Company.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on April 17 and 24, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.